# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  v.                                        **Case No. 10-CR-288**

**JAMES A. STUART, JR.**
    **Defendant.**

## ORDER

For the reasons stated in the court's previous orders (R. 118, 123, 131 & 134), and because they contain no non-frivolous arguments,

**IT IS ORDERED** that defendant's motions to reconsider and for post trial remedy (R. 136) and for a hearing (R. 139) are summarily **DISMISSED**.

Dated at Milwaukee, Wisconsin, this 9th day of February, 2016.

                                        /s Lynn Adelman
                                      LYNN ADELMAN
                                      District Judge